DATE. 1-14-2017

United States District Court Southern
District of Florida, Office, of the Clerk, 400,
North Miami Avenue, Miami, Florida, 33128-7716.

17cv20205-CMA

Figueroa. Negrón Eduardo.
Plaintiff.

FILED by PG D.C.

JAN 1 8 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

/s.

Bod Arun Promotee Top Rank, boxing lawsuit
on Judge violation the constitution to United
States and the payment of commission, boxing
1940 North Monroe Street Tallahassee, Florida
32399-1016. Amendment I (1791). Amendment VIII.
violated contract later of murder first
grade my name on my record commission, boxing
in 2003. Figueroa, negron, eduardo, morbeka
matador asesino en el ring.
Defendant.

Purposes of 28 usc & 1915 (as). civil righ
complaint to 28 usc & 1915 (g).

NEW CASE.

cat/div 550 /1983/ mia
Case # _____
Judge _____ Mag WHITE
Motn Ifp YES Fee pd $ —
Receipt # _____

(2).

I am notifying the court that this civil suit is very important the Judge of the Boxing commission who gave my professional licence Boxing. Florida State Boxing commission, 1940, North Street Tallahassee, Florida, 32399-1016. Second Promoter Bod Arum Top Arum Boxing. In 2003. Miami Florida Giants is promoter Dominican Boxing. Promoter Pedro Calero. And Bod Arum held us at gun point the Judge commission, Boxing had me and FBI Agent was hunting for me to File a law suit in 2003. My house Miami Florida Pedro Calero and Bod Arum had held me down and drugged me up and raped me and forced me to do other sexual act and beat me trying to kill me but I Survived when they forcefully raped me they took blood and semen from me saying they would set me up for murder if I ever Filed a law suit this is a serious matter I needed to bring up as well.

(2).



IF the court Judge and Attorney and Lawyer do esnt do Nothing there will be in Nocent. two PROMOTERS Pedro CNERO PROMOTERS DOMINICAN Boting and Bod ARum PROMOTER TOP RAUM Boting. I AM asking FOR PROTECTION FedeRAL FoR Me And FRied hard My FAMily because they had told Me IF this CASE wASeuer to be oPened that they would come After Me and My loved ones 2003. SO I CAnt Sot anymore IF You chn Please look in to My CASE when My PROMOTER Bod ARum PROMOTER TOP RAum Boting. didnt take Me to Fight and told the Judge oF the Boting commission that I was drugged uP Judge oF the Boting commission that I was he came back to the Jym to talk to second PROMOTER Bod ARum didnt take Me to Fight. Pedro CNERO. and Bod ARum, ToP RAum Boting. held us at gun Point the Judge commission Boting My NAMEon My record in 2003. FloRidA STATE Boting 1940 NoRth MoNRoe STREET, TAllAhASSEE, FloRidA 32399-1016. Figueroa negron, EduARdo, MoNARKA, MATAdoR ASeSino envel Ria. Please set hearing very iMPORTANT oPEN My CASE. Bod ARum PROMOTER TOP RAUM Boting. had Pedro CNERO PROMOTER DOMINICAN Boting. tried to kill Me and FBI Agent And the Judge commission Boting My Record in 2003. I AM asking FoR PROTECTION FedeRAL FoR Me AND FRied And My FAMily becAuse they hAd told Me IF this CASE wASeuer to be oPened that they would come AFTER Me and My loved ones.

I HAVE READ the FOREGoing complAint And HEREby VERiFy that the MATTERS AlleGED THERE iN ARE TRUE And CORRECT I CERTiFy uNDER PENAlTy OF PERJURy that the FOREGo-iNg is TRUE ANd CORRECt PURSCANT to 28 USC. ¢ 1746.

US COURt OF APPEANS is FOR the Eleventh circuit

CERtiFicAtE SeRuiCE.

✓ dePOSitid iN the MAiL.

Figueroa US. Bod REum.
PlAiNtiFF    DEFeNDANtS.

Pursoses OF 28 USC. ¢ 1915 (a5). civil Righ complAint to 28 USC. ¢ 1915 (2).

NEW CASE.

ANd ProPerg adressed to PERSON MANEd And a adresed aRelisted sellow. uAited STATES District couRt SoutheN DistRict, OF FloRidA 400 noRth, MiNMi, FloRidA, 33128-7716.

Figueroa.
Figueroa.
PlAiNtiFF.
PRO-SE.

S.

Exhaustion Legal remedies.

Plaintiff Figueroa negron eduardo to tray to solve problem.

Playe For Relief. 10,000,000000 Billion.

Compesators damages in the amount of Bod Arual promoter TOP Rasul Boting law suit damage violationg the constitution to united states and the parment of commission boting 9410, north, monroe, street tallahassee florida 32399-1016.                          ; Amendment I(1791). Amendment vlll. violated contract inten of murder First arade

taken and all the monies he has a quired $ 10,000,000000. Billion Against each Defendant.

I have read the foregoing complaint and hereby verify that the matters alleged there in are true and correct I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 USC § 1746.

as court of appens is for the Eleventh circuit

CERTIFICATE SERVICE.

deposited in the mail.

Figueroa  US.  Board Reum.
PLAINTIFF          DEFENDANTS.

Pursoses of 28 usc. § 1915 (a5). civil Righ complaint to 28 usc. § 1915 (2).

NEW CASE.

And Propery adressed to PERSON named and a adresed arelisted sellow: united states District court southern district, of Florida 400, north, Minmi, Florida, 33128-7716.

Figueroa.
Figueroa.
PLAINTIFF.
PRO-SE.



I HAVE READ the FOREgoing complaint AND Hebeby veRify that the MAHeeRS Nlleged theRE iN ARE tRUE ANd coRRECt I ceRtiFy unDeR penNlty oF PeRjuRy that the FoRezo- iNg is tRUE ANd coRRect PueScANt to 28 uSC § 1746.

uS couRt oF NPPENS is FoR the Eleventh ciRcuit

CERtiFicAte SeRviCE.

depositid iN the MAiL.

FiguERoA  US.  Bod AEuM.
PlAiNtiFF        DEFeNDARtS.

PuRSoSes oF 28 uSc. § 1915 (aS). civil Righ complAiNt to 28 uSc. § 1915 (2).

NEW CASE.

ANb PropeRz adressed to PERSON MANed And a adRESed aRelisted sellow uaited STAtES  DistRict couRt southeN DistRict, oF FloRidA 400, noRth, MiNMi, FloRidA, 33128-7716.

FiguERoA.
FiguERoa
PlAiNtiFF.
PRo-SE.



United States district, court Southern
District of Florida, office of the Clerk 400, north miami
Avenue, miami, Florida 33128-7716.

Figueroa.        Bod Arum.
Plaintiff        Defendant

Notice of Appeal the plaintiff objection to the
magister Judge report to dismiss the plaintiff
purposes of 28 usc. $1915(as). civil Right complai-
nt Pursuant to 28 usc. $1915(g).

I am notifying the court that this civil law suit
is very important the Judge of the Boting commission
who gave my professional licence Boting. Florida
state, Boting, commission, 1940, north street, tall-
hassee, Florida 32399-1016. second promoter Bod Arum
Top Arum Boting. in 2003. miami Florida Dynastis
Promoter Dominican Boting. promoter Pedro caleco.
And Bod Arum held us at gun point the Judge
commission Boting and me and FBI Agent was
waiting for me to File a law suit on 2003. my
house miami Florida pedro caleco and Bod Arum and
held me down and drugged me up and Raped
me and Forced me to do other sexual act and
beat me tryin to kill me but I Suevived when
they Forcefully Raped me they took blood and semen
From me saying they would sex me up For murder
if I ever Filed a law suit this is a serious
matter I needed to bring up As well.

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THERE IN ARE TRUE AND CORRECT I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT PURESUANT TO 28 USC Ø 1746.

US COURT OF APPEALS IS FOR THE ELEVENTH CIRCUIT

CERTIFICATE SERVICE.

☑ depositid in the MAIL.

Figueroa          Bed A ReM
PLAINTIF          DEFENDANTS

AND PROPERS adressed to PERSON named had a adresed a ee listed bellow. united STATES district court Southen, district of FlORidA 400, NORTH Miami, FORidA 33128-7716.

ANIMAL

Figueroa.
Figueroa.
PLAINTIFF.
PRO-SE.

$1.57
US POSTAGE
FIRST-CLASS
071S00790070
33608

USMS INSPECTED
BY _____

Figueroa Nedron Eduardo
Po Box, 173499
Tampa, Florida 33672.

United States, District court
Southern District of Florida
Office of the Clerk- Room 8N09
400, North Miami Avenue
Miami, Florida 33128-7716.

